Anthony E. Contreras, Esq.  SBN: 171699
1800 N. Bush St., Suite 101
Santa Ana, CA 92706
Phone: (714) 542-9900
Fax: (714) 542-9922
E-mail: conreras4law@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT

August 7, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO PEREZ PELANO,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT'S MEXICAN FOOD, et al.,<br><br>    Defendants | Case No.: 2:15-CV-03510-SJO-JC<br><br>**PROPOSED ORDER FOR**<br><br>**JOINT STIPULATION FOR DISMISSAL** |

### ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: August 7, 2015.

*S. Jame Otero*

_____
S. JAME OTERO
CENTRAL DISTRICT JUDGE